# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF THE STATE OF LOUISIANA

| | |
|---|---|
| **DANIEL PLUSTACHE** | **CIVIL ACTION No.   18-1844** |
| **VERSUS** | **Judge              MVL** |
| | **Magistrate        DEK** |
| **CITY OF NEW ORLEANS,** NOPD Superintendent Michael Harrison, Elizabeth Robins, Kirk Bouyales, Arlinda Westbrook, Gwendolyn L. Nolan Simon B. Hargrove, Arlen S. Barnes, Darryl Watson and Jean W. Jordan | |

FILED:_____       _____
                                                                              DEPUTY CLERK


## PLAINTIFF's INITIAL REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT CITY OF NEW ORLEANS

NOW INTO COURT, comes petitioner DANIEL PLUSTACHE, through undersigned counsel, who respectfully propounds to defendant CITY OF NEW ORLEANS, in their capacity as current and/or former employer of all named defendants and/or in the capacity/position the custodian of all requested records sought obtained herein, to be responded to under the delays allowed by law

1

pursuant to the Louisiana Code of Civil Procedure, with those requests propounded as follows:

## Requests for Production of Documents:

1.) Copy of the complete personnel file for Civil Service / NOPD employee Daniel Plustache, Employee ID # 01142

2.) Unredacted Copies of PIB "Long Form" and PIB "Short Forms" for the following past and present NOPD employees:

Ronal Serpas
Michael Harrison
Kirk Bouyales
Arlinda Westbrook
Gwendolyn Nolan
Kim Williams
Darryl Watson
Arlen Barnes
Jimmie Bobb
Danny Kramer
Jean Jordan
Sylvia Martin
Simon Hargrove
Michelle Stokes
Daniel Plustache

3.) Copies of all photographs, audio and/or video recordings statements, internal memos, investigator reports and findings, civil service letters and or notifications, notices to the accused, letters and related emails for the following PIB Control Numbers.
    PIB Control Number N2013-0232-C

2

    PIB Control Number N2013-0249-R

    PIB Control Number N2013-0285-R

    PIB Control Number N2013-0941-R

    PIB Control Number N2015-0579-P

    PIB Control Number N2016-0770-R

4.) Copies of all photographs, audio and/or video recordings statements, internal memos, investigator reports and findings, civil service letters and or notifications, notices to the accused, letters and related emails of any other NOPD employee(s) or independent investigator(s).

5.) On November 5, 2013 petitioner requested in a letter from PANO Attorney Eric Hessler to NOPD Public Integrity Bureau Chief Arlinda Westbrook all items involving his complaint made against defendant Sgt. Michelle Stokes with NOPD's Public Integrity Bureau (Criminal Unit) under case number 2013-0232-C. Petitioner received nothing from anyone involving this particular request until May 5, 2014 when PIB contacted him by telephone to pick up these requested items, and an incomplete set of this requested documentation was delivered to him.  Please provide any and all documents not subject to a legal privilege relative to the above request.

6.) On November 6, 2013 petitioner requested in a letter from PANO Attorney Eric Hessler to NOPD Public Integrity Bureau Chief Arlinda Westbrook all items involving an NOPD complaint made against the petitioner relative to PIB case number 2013-0285-R.  Petitioner to date has received nothing from anyone involving this particular request. Please provide any and all documents not subject to a legal privilege relative to the above request.

7.) On February 12, 2014 your petitioner hand delivered a letter to Ms. Doddie Smith in the Civil Service department copies of ALL complaints involving him, either brought against him or made by him   Petitioner to date has received nothing from anyone involving this particular request. Please provide any and all documents not subject to a legal privilege relative to the above request.

8.) On February 14, 2014 your petitioner personally hand delivered a letter to PIB Sgt. Deshotel directed to  Public Integrity Bureau Chief Arlinda Westbrook copies of ALL complaints involving him, either brought against him or made by him   Petitioner to date has received nothing from anyone involving this particular request. Please provide any and all documents not subject to a legal privilege relative to the above request.

9.) On February 27, 2014 your petitioner personally requested through the City of New Orleans' Law Department website system copies of ALL complaints involving him, either brought against him or made by him. Again, petitioner received nothing from anyone involving this particular request until May 5, 2014

3

when PIB contacted him by telephone to pick up these requested items from the PIB offices at which time an incomplete set of this requested documentation was delivered to him for each of the requested PIB Case numbers 2013-0285-R, 2013-0232-C and 2013-0249-R, but received to date NO documentation relative to PIB Case No. 2013-0941-C.  Please provide any and all documents not subject to a legal privilege relative to the above request, including COMPLETE documentation of the heretofore two incomplete responses, and COMPLETE documentation of the one record entirely un-responded to this date as described above.

10.) On July 25, 2014 your petitioner personally requested through the City of New Orleans' Law Department website system copies of the transcript from the Civil service Appeal Hearing held in June, 2014 relative to a claim brought against him relative Rule 4 violation. Petitioner received instead of documents requested, an Email requesting that he pay for such items. Please provide any and all documents not subject to a legal privilege relative to the above request.

11.) On February 12, 2015 your petitioner personally requested the City of New Orleans Law Department website copies of Kirk Bouyales's e-mails between 11/01/12 and 08/01/13. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

12.) On February 12, 2015 your petitioner personally requested the City of New Orleans Law Department website copies of Arlinda Westbrook's e-mails between 11/01/12 and 08/01/13. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

13.) On February 12, 2015 your petitioner personally requested the City of New Orleans Law Department website copies of George Brown's e-mails between 11/01/12 and 08/01/13. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

14.) On February 12, 2015 your petitioner personally requested the City of New Orleans Law Department website copies of John Ball's e-mails to and from any party from his NOPD email address between the dates of 11/01/2012 and 08/01/2013. To date, the defendant CITY OF NEW ORLEANS nor Defendant

NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

15.)   On February 12, 2015 your petitioner personally requested the City of New Orleans Law Department website copies of Tami Brisset's e-mails to and from any party from his NOPD email address between 11/01/12 and 08/01/13. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

16.)   On February 12, 2015 your petitioner personally requested the City of New Orleans Law Department website copies of Darryl Watson's e-mails to and from any party from his NOPD email address between 11/01/12 and 08/01/13. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

17.)   On February 12, 2015 your petitioner personally requested the City of New Orleans Law Department website copies of e-mails and attachments between Ronal Serpas and any other persons or entities, including media or news entities, specified in attachments regarding missing teacher Terrilynn Monnete, Toni Enclade, Briana Allen and others between 11/01/12 and 12/31/14. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

18.)   On March 13, 2015 your Petitioner personally requested through the City of New Orleans' Law Department website system copies of PIB Short Forms for the following ex and/or present New Orleans Police Department employees. The form indicates any past or previous complaints filed at NOPD's Public Integrity Bureau on individuals and the current disposition of said complaints. Petitioner properly requested to be provided with these record(s) on the following individuals and defendants herein; Ronal Serpas, Arlinda Westbrook, Kirk M. Bouyales, Kim Lewis, Kim L. Williams, Jimmie Bobb, Michelle Bowens, Michelle B. Stokes, Danny Kramer and Darryl Watson. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

19.)   On March 30, 2015 your petitioner directly requested enforcement of public record request through Superintendent Michael Harrison and his designee Deputy Chief Stephanie Landry that they honor Louisiana State Law and NOPD

Policy as it applies to production of public records, relative to all of his records requests described above and made prior to this date. To date, Superintendent Michael Harrison nor his designee Stephany Landry have ever responded to this request and the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provide none of these records. Please provide any and all documents not subject to a legal privilege relative to the above requests.

20.) On April 15, 2015 your Petitioner again personally requested through the City of New Orleans' Law Department website system copies of PIB Short Forms which outline any past or previous complaints against Ronal Serpas, Kirk Bouyales, Arlinda Westbrook, Michelle Stokes, Danny Kramer and Jimmie Bobb. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provide none of these records. Please provide any and all documents not subject to a legal privilege relative to the above request.

21.) On April 16, 2015 your petitioner again directly requested enforcement of public record request through designee Deputy Chief Stephanie Landry and co-notification to Superintendent Michael Harrison that they honor Louisiana State Law and NOPD Policy as it applies to production of public records. To date, neither Superintendent Michael Harrison nor his designee Stephany Landry have ever responded to this request and the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provide none of these records. Please provide any and all documents not subject to a legal privilege relative to the above request.

22.) On May 29, 2015 your petitioner again personally requested through the City of New Orleans's Law Department Website control Numbers N2013-232-C, N2013-0249-R, N2013-285-R, N2013-0941-R. To date, neither the defendant CITY OF NEW ORLEANS or Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records. Please provide any and all documents not subject to a legal privilege relative to the above request.

23.) On August 19, 2015 your petitioner again personally requested through the City of New Orleans's Law Department Website copies of all complaints filed against PIB personnel Tami Brisset and Darryl Watson. To date, neither the defendant CITY OF NEW ORLEANS or Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records. Please provide any and all documents not subject to a legal privilege relative to the above request.

24.) On August 28, 2015 your petitioner again personally requested through the City of New Orleans's Law Department Website copies of the City of New Orleans Law Department's procedures as they relate to public record request. To date, neither the defendant CITY OF NEW ORLEANS or it's Law Department

6

has provided none of these records. Please provide any and all documents not subject to a legal privilege relative to the above request.

25.)   On December 11, 2015 your Petitioner personally requested through the City of New Orleans' Law Department website system copies of PIB Short Forms for the following ex and/or present New Orleans Police Department employees. The form indicates any past or previous complaints filed at NOPD's Public Integrity Bureau on individuals and the current disposition of said complaints. He properly requested to be provided with these record(s) on the following individuals and defendants herein; Ronal Serpas, Arlinda Westbrook, Kirk M. Bouyales, Kim Lewis, Kim L. Williams, Jimmie Bobb, Michelle Bowens, Michelle B. Stokes, Danny Kramer and Darryl Watson. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

26.)   On December 14, 2015 your Petitioner personally requested through the City of New Orleans' Law Department website system copies of All information, including but not limited to, letters, DI1's, investigation notifications, statements of complainant Daniel Plustache, statements of the accused and current or final dispositions regarding Complainant P.O.IV Daniel Plustache which was filed at PIB on 10/01/2015 and assigned PIB Control # 2015-0652N, requesting all information, including but not limited to, letters, DI1's, investigation notifications, statements of complainant Daniel Plustache, statements of the accused and current or final dispositions regarding  Complainant P.O. IV Daniel Plustache which was filed on 10/01/2015 and assigned PIB Control # 2015-0171N, requesting all information, including but not limited to, all PIB control numbers, letters, DI1's, investigation notifications, statement of complainant Daniel Plustache, all statements of the accused and current or final disposition regarding the formal individual complaints filed at PIB on 12/04/2015 listing the following NOPD employees: Deputy Chief Arlinda Westbrook, Lt. Kim Williams, Lt. Darryl Watson, Lt. Danny Kramer, Lt. Michelle Stokes, Sgt. Sylvia Martin. To date, the defendant CITY OF NEW ORLEANS has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

27.)   On January 11, 2016 your Petitioner again personally requested through the City of New Orleans' Law Department website system copies of PIB Short Forms Listing all complaints listing the following past and present NOPD employees: retired Superintendent - Ronal Serpas, PIB Deputity Chief - Arlinda Westbrook, Retired Deputy Chief - Kirk Bouyales, Retired Lieutenant - Jimmy Bobb, Lieutenant - Kim L.  Williams, Probationary Lieutenant - Danny Kramer, Probationary Lieutenant - Darryl Watson, Probationary Lieutenant - Michelle Stokes, Sargent - Sylvia Martin. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has

7

provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

28.) On May 22, 2016 your Petitioner personally requested through the City of New Orleans' Law Department website system copies of all documents including but not limited to completed complaint forms, intake forms, letters and notifications, completed investigator's report and recommendations, taped interviews, emails, internal memos and final dispositions regarding the following PIB case number 2016-0113P. To date, the defendant CITY OF NEW ORLEANS nor Defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

29.) On May 24, 2016 your Petitioner personally requested through the City of New Orleans' Law Department website system copies of all documentation including but not limited to all letters, complaint intake forms, emails, memos, voice recordings, digital transcripts, investigator notes, reports and final dispositions or recommendations regarding the following PIB Cases, 2015-0579-P ,2015-0642-R, ,2015-0818-P, 2015-0828-P, 2015-0829-P, 2015-0830-P, 2015-0831-P. To date, the defendant CITY OF NEW ORLEANS has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

30.) On May 24, 2016 your Petitioner personally requested through the City of New Orleans' Law Department website system copies of all documentation including but not limited to all letters, complaint intake forms, emails, memos, voice recordings, digital transcripts, investigator notes, reports and final dispositions or recommendations regarding the following PIB Cases, 2015-0579-P ,2015-0642-R, ,2015-0818-P, 2015-0828-P, 2015-0829-P, 2015-0830-P, 2015-0831-P. To date, the defendant CITY OF NEW ORLEANS has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

31.) On June 04, 2016 your Petitioner personally requested through the City of New Orleans' Law Department website system copies of all documentation including but not limited to all letters, complaint intake forms, emails, memos, voice recordings, digital transcripts, investigator notes, reports and final dispositions or recommendations regarding the following PIB Cases, 2016-0013-P. To date, the defendant CITY OF NEW ORLEANS nor defendant NEW ORLEANS POLICE DEPARTMENT has provided none of these records to your Petitioner. Please provide any and all documents not subject to a legal privilege relative to the above request.

32.) Regarding city employee: Daniel Plustache, employee ID # 01142, SS# 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, all:

- a.) Copies of all letters sent or received referencing Daniel Plustache between the dates of January 01, 2013 to present.
- b.) Copies of all emails sent or received referencing Daniel Plustache between the dates of January 01, 2013 to present.
- c.) Copies of all cellular text and PIN's or sent or received by any City of New Orleans Law Department employee received referencing Daniel Plustache between the dates of January 01, 2013 to present.
- d.) Copies of all meeting notifications, meeting dates and locations and who attended and recorded minutes regarding Daniel Plustache between the dates of January 01, 2013 to present.

33.) Regarding city employee: Daniel Plustache, employee ID # 01142, SS# 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, all:

a.) Copies of all PIB (Public Integrity Bureau) meeting notifications, meeting dates and locations and who attended and recorded minutes regarding Daniel Plustache between the dates of January 01, 2013 to present.

b.) Copies of <u>all information</u> relating to PIB cases or files, and related investigative work and report. This includes but not limited to all filed complaints, all written interviews and statements of all NOPD employees and/or witnesses involved with said complaints including all digital recordings, all internal memorandums and/or (105's) and investigator's notes and current and/or final dispositions and closure letters of the cases listed below:

PIB Control Number N2013-0232-C
PIB Control Number N2013-0249-R
PIB Control Number N2013-0285-R
PIB Control Number N2013-0941-R
PIB Control Number N2015-0579-P
PIB Control Number N2015-0642-R
PIB Control Number N2015-0818-P
PIB Control Number N2015-0828-P
PIB Control Number N2015-0829-P
PIB Control Number N2015-0830-P
PIB Control Number N2015-0831-P.

c.) Copies of PIB Short Forms which outlines person charged, type of accusation/complaint, name of person(s) making accusation, date of investigation, date completed, case investigator, and final disposition of said case for the following past and present NOPD employees:

9

Ronal W. Serpas
Arlinda Westbrook
Arlind Peirce
Kirk Bouyales
Kim Williams
Jimmy Bobb
Danny Kramer
Michelle Stokes
Darryl Watson
Arland Barnes

d.) From the NOPD Personnel Department/Bureau, All copies of all employment contracts and addendums and resignation notifications and Civil Service letters relating to the below listed past and/or present NOPD employees between January 01, 2010 to present

Ronal W. Serpas
Remi A. Braden
Arlinda Westbrook
Arlind Peirce
Kirk Bouyales
Jimmy Bobb
Kim L. Williams
Michelle Stokes
Danny Kramer

e.) From the NOPD Payroll Department/Bureau, all copies of attendance records between January 01, 2010 through December 31, 2013, current employment status and dates of said status relating to the listed past and/or present NOPD employees listed below.

Ronal Serpas
Arlinda Westbrook
Arlinda Pierce
Kirk Bouyales
Kim Williams
Jimmy Bobb
Danny Kramer
Michelle Stokes
Michael Carrambat
Daniel Plustache
John Ball
Darryl Watson
Arland Barnes

**f.)  From the City of New Orleans/NOPD Fiscal Records Department/Bureau or any other appropriate office, all records request from the following employees:**

**Ronal Serpas
Remie A. Braden
Arlinda Westbrook
Arlinda Pierce
Kirk Bouyales
Kim Williams
Jimmie Bobb
Danny Kramer
Michelle Stokes**

Including , but not limited to,

1.) All copies of all "**travel request  information packets**"  submitted for NOPD  employee travel  between January 01, 2010 through December 31, 2013.
2.) All copies of all vendor invoices submitted for reimbursement including but not limited to credit card receipts, airline tickets, hotels and other related expenses for NOPD employees travel between January 01, 2010 through December 31, 2013.
3.) All copies of all travel expense reimbursement requested submitted by NOPD employee  between January 01, 2010 through December 31, 2013.
4.) All copies of all travel related expense reimbursement checks made payable to NOPD employees  between January 01, 2010 through December 31, 2013.
5.) Copies of all <u>NOPD Departmental cellular phone numbers and records ever issued to the past or present employees listed below</u> including but not limited to all outgoing and incoming telephone calls, text, tower records and PIN's between January, 01, 2010 through July 31, 2014 preferably to be made available in Microsoft Excel digital /non-printed format.

Ronal W. Serpas
Remi A. Braden
Arlinda Westbrook
Arlinda Peirce
Kirk Bouyales
Michelle Stokes
Kim Williams

    Danny Kramer
    Jimmy Bobb

34.) Please produce a copy of all NOPD Departmental emails between January 01, 2013 through December 31, 2013 for the past and present NOPD employees: (Preferably in digital format)

| Employee Name | eMail |
| --- | --- |
| Ronal W. Serpas | rwserpas@nola.gov |
| Remi A. Braden | rabraden@nola.gov |
| Arlinda Westbrook | apwestbrook@nola.gov |
| Kirk Bouyales | kmbouyales@nola.gov |
| Kim Williams | kiwilliams@nola.gov |

35.) Please produce a list of computer IP addresses and Internet activity (Http:// website addresses visited) report for the following usernames between January 01, 2012 and December 31, 2013

| Employee Name | Username and/or login name |
| --- | --- |
| Ronal W. Serpas | rwserpas@nola.gov |
| Remi A. Braden | rabraden@nola.gov |
| Arlinda Westbrook | apwestbrook@nola.gov |
| Kirk Bouyales | kmbouyales@nola.gov |
| Kim Williams | kiwilliams@nola.gov |
| Jimmy Bobb | jbobb@nola.gov |
| Danny Kramer | dkramer@nola.gov |
| Michelle Stokes | MBStokes@nola.gov |
| Darryl Watson | dwatson@nola.gov |

36.) Please produce copies of any and all written communication, agreements and or contracts or grants between the Patrick Taylor Foundation, the Police and Justice Foundation and the NOPD regarding the Pat Taylor grant which was dated October 01, 2010. Please also produce:

    1.) Copies of all invoices and/or purchase orders or similar request made by NOPD seeking payment request or reimbursement between October 01, 2010 and December 31, 2013.
    2.) Copies of all checks made payable to NOPD or any creditor, purchase order, or invoice submitted by NOPD or any of its designated creditors or vendors between October 01, 2010 and December 31, 2013.

Respectfully submitted,

*Dominic N. Varrecchio*

_____
DOMINIC N. VARRECCHIO, #19456
300 Lafayette Street, Suite 103
New Orleans, Louisiana 70130
Phone No.: (504) 524-8600
Email: knic55@cox.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all parties and/or enrolled counsel hereto by E-mail to opposing counsel, and/or via facsimile and/or hand delivery and/or by placing same in the U.S. Mail postage pre-paid and properly addressed this 22nd September, 2018.

*Dominic N. Varrecchio*

_____
DOMINIC N. VARRECCHIO