UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL PLUSTACHE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-4844** |
| **CITY OF NEW ORLEANS, ET AL** | **SECTION: "S" (3)** |

## ORDER

Before the court is plaintiff's **Rule 72 Objection to and Request for District Court Reconsideration and Reversal of the Magistrate's March 30, 2021 Order** (Rec. Doc. 138). At plaintiff's request, due to his involvement in an automobile accident and his COVID-19 diagnosis, the motion was continued and set for submission on August 11, 2021. The Objection took issue with the portion of the Magistrate Judge's order imposing a 14-day deadline from its entry to respond to outstanding discovery requests. In a recent pleading filed in this case (Rec. Doc. 170), plaintiff stated that he would file the delinquent responses by August 6, 2021. On August 4, 2021, defendants filed a response to the instant Objection stating that they did not object to the extension until August 6, 2021, a date that has now passed. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's **Rule 72 Objection to and Request for District Court Reconsideration and Reversal of the Magistrate's March 30, 2021 Order** (Rec. Doc. 138) is **DISMISSED as moot**.

New Orleans, Louisiana, this 10th day of August, 2021.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE